In re:  
Laura E. Bayer  
    Debtor

Case No. 22-00497-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Apr 21, 2022      Form ID: ntcnfhrg      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura E. Bayer, 310 Golf Club Avenue, Dillsburg, PA 17019-1506 |
| 5467103 | | AES, P O Box 2461, Harrisburg, PA 17105-2461 |
| 5465337 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5467105 | + | Apothaker Scian P.C., David J. Apothaker, Esquire, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 5465339 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5467111 | + | Credit Control, LLC, P O Box 31179, Tampa, FL 33631-3179 |
| 5467112 | + | Crumay Parnes Associates, Inc, 104 Erford Road, Camp Hill, PA 17011-1898 |
| 5467113 | + | Dillsburg Family Dentistry, 977 York Road, Dillsburg, PA 17019-9401 |
| 5467117 | | Institute for Dermatopathology, P O Box 740978, Cincinnati, OH 45274-0978 |
| 5469956 | + | Jeffrey Wickham, 4 Briar Ct., Dillsburg, PA 17019-1386 |
| 5470895 | | Members 1st FCU, POB 8893, Camp Hill, PA 17001-8893 |
| 5467121 | | Met-Ed Electric, PO Box 16001, Reading, PA 19612-6001 |
| 5468673 | + | Metropoliton Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5467124 | | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 5467125 | | Office of UC Benefits, UI Payment Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 5467630 | | Patient First c/o Receivables Management Systems, PO Box 73810, Midlothian, VA 23112-2311 |
| 5467128 | | The Law Office of Samuel C. Stretto, P.O. Box 3231, West Chester, PA 19381-3231 |
| 5467129 | | WellSpan Health, P O Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 21 2022 18:40:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5467103 | | Email/Text: bncnotifications@pheaa.org | Apr 21 2022 18:41:00 | AES, P O Box 2461, Harrisburg, PA 17105-2461 |
| 5465687 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2022 18:39:59 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5470744 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2022 18:40:12 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5465338 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2022 18:41:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5465340 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2022 18:40:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5465341 | + | Email/Text: bankruptcy@cavps.com | Apr 21 2022 18:42:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5465343 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2022 18:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5465346 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 21 2022 18:50:24 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5467114 | | Email/Text: mrdiscen@discover.com | Apr 21 2022 18:41:00 | Discover, P O Box 6103, Carol Stream, IL 60197-6103 |
| 5466598 | | Email/Text: mrdiscen@discover.com | Apr 21 2022 18:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5465344 | + | Email/Text: mrdiscen@discover.com | Apr 21 2022 18:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5467116 | | Email/Text: data_processing@fin-rec.com | Apr 21 2022 18:42:00 | Financial Recovery Services, Inc, P O Box 385908, Minneapolis, MN 55438-5908 |
| 5465342 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2022 18:40:06 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5468776 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 21 2022 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5466441 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 18:50:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5465345 | | Email/Text: camanagement@mtb.com | Apr 21 2022 18:42:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5470324 | | Email/Text: camanagement@mtb.com | Apr 21 2022 18:42:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5467120 | + | Email/Text: unger@members1st.org | Apr 21 2022 18:42:00 | Members 1st, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5467650 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2022 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5465347 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2022 18:42:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5465348 | + | Email/Text: Bankruptcies@nragroup.com | Apr 21 2022 18:42:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5465349 | | Email/Text: joey@rmscollect.com | Apr 21 2022 18:42:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5465350 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 18:50:32 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5465488 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 18:40:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5467104 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5467106 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5467107 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5467108 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5467110 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5467119 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5467115 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5467109 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5467118 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with |

| | | |
|---|---|---|
| | | court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5467122 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5467123 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5467126 | * | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5467127 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Laura E. Bayer ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Laura E. Bayer,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:22−bk−00497−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 18, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: May 25, 2022<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 21, 2022 |

ntcnfhrg (08/21)