UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LAURA E. BAYER | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| LAURA E. BAYER | : | |
| Respondent | : | CASE NO.  1-22-bk-00497 |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 21st day of April, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. Debtor's plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor has not submitted all or such portion of the disposable income to the Trustee as required.

2. The Trustee avers that debtor's plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J.
    b. Secured claims not in plan. (Ally Bank – Claim #9)

3. Trustee avers that debtor's plan cannot be administered due to the lack of the following:

    a. The debtor has not provided to the Trustee copies of 2021 Federal Income Tax returns as required by § 521(e)(2)(A).
    b. Last paystub dated May, 2022.

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

# CERTIFICATE OF SERVICE

       AND NOW, this 3rd day of May, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA   17331

                                        /s/Deborah A. Behney
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee