IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 1:22-bk-00497-HWV |
| LAURA E. BAYER | CHAPTER 13 |
| Debtor | Nature of Proceeding: Stipulation Resolving Ally Bank's Motion for Relief from Automatic Stay |
| ALLY BANK | Pleading: Ally Bank's Motion for Relief from Automatic Stay |
| | Document#: 53 |
| Movant | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

　　☒ Thirty (30) days.
　　☐ Forty-five (45) days.
　　☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 1/19123

*/s/ Regina Cohen*
Regina Cohen
Attorney for Ally Bank