IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| LAURA E. BAYER    Debtor | CASE NO.: 1:22-bk-00497-HWV |
| ALLY BANK | STIPULATION RESOLVING ALLY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY |
| vs.    Movant | |
| LAURA E. BAYER    Respondent | |
| and | |
| JACK N ZAHAROPOULOS    Trustee | |

### ORDER APPROVING STIPULATION RESOLVING ALLY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Ally Bank's Motion for Relief from Automatic Stay is approved.

By the Court,

_____
Henry W. Van Eck, United States Bankruptcy Judge

Dated: