UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LAURA E. BAYER : CHAPTER 13
    Debtor :
     :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
     :
    vs. :
     :
LAURA E. BAYER :
    Respondent : CASE NO. 1-22-bk-00497-HWV

ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Motion to Dismiss and the agreement between the Chapter 13 Trustee and the Debtor, IT IS HEREBY ORDERED that Debtor shall file an Amended Chapter 13 Plan within 30 days of the date of this Order, which proposes to sure the arrears to the Chapter 13 Trustee. In the event that the Debtor does not perform according to this Order, the case may be dismissed upon certification of the Trustee, without further notice to parties or further hearing.