United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00497-HWV |
| Laura E. Bayer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Aug 29, 2024      Form ID: ordsmiss      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura E. Bayer, 310 Golf Club Avenue, Dillsburg, PA 17019-1506 |
| 5465337 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5467113 | + | Dillsburg Family Dentistry, 977 York Road, Dillsburg, PA 17019-9401 |
| 5467117 | | Institute for Dermatopathology, P O Box 740978, Cincinnati, OH 45274-0978 |
| 5469956 | + | Jeffrey Wickham, 4 Briar Ct., Dillsburg, PA 17019-1386 |
| 5467121 | | Met-Ed Electric, PO Box 16001, Reading, PA 19612-6001 |
| 5467125 | | Office of UC Benefits, UI Payment Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 5467630 | | Patient First c/o Receivables Management Systems, PO Box 73810, Midlothian, VA 23112-2311 |
| 5467128 | | The Law Office of Samuel C. Stretto, P.O. Box 3231, West Chester, PA 19381-3231 |
| 5467129 | | WellSpan Health, P O Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 29 2024 22:46:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Aug 29 2024 22:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5467103 | | Email/Text: bncnotifications@pheaa.org | Aug 29 2024 18:53:00 | AES, P O Box 2461, Harrisburg, PA 17105-2461 |
| 5465687 | + | EDI: AISACG.COM | Aug 29 2024 22:46:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5470744 | + | EDI: AISACG.COM | Aug 29 2024 22:46:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5465338 | + | EDI: GMACFS.COM | Aug 29 2024 22:46:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5467105 | ^ | MEBN | Aug 29 2024 19:08:28 | Apothaker Scian P.C., David J. Apothaker, Esquire, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 5465339 | + | Email/Text: Bankruptcy@BAMcollections.com | Aug 29 2024 18:53:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5467111 | | Email/Text: correspondence@credit-control.com | Aug 29 2024 18:53:00 | Credit Control, LLC, P O Box 31179, Tampa, FL 33631 |
| 5465340 | + | EDI: CAPITALONE.COM | | |

| Recip ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Aug 29 2024 22:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5465341 | + | Email/Text: bankruptcy@cavps.com | Aug 29 2024 18:53:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5472367 | + | Email/Text: bankruptcy@cavps.com | Aug 29 2024 18:53:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5465343 | + | EDI: WFNNB.COM | Aug 29 2024 22:46:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5465346 | | EDI: CITICORP | Aug 29 2024 22:46:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5467114 | | EDI: DISCOVER | Aug 29 2024 22:46:00 | Discover, P O Box 6103, Carol Stream, IL 60197-6103 |
| 5466598 | | EDI: DISCOVER | Aug 29 2024 22:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5465344 | + | EDI: DISCOVER | Aug 29 2024 22:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5474417 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 29 2024 18:53:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5467116 | | Email/Text: data_processing@fin-rec.com | Aug 29 2024 18:53:00 | Financial Recovery Services, Inc, P O Box 385908, Minneapolis, MN 55438-5908 |
| 5475410 | | EDI: JEFFERSONCAP.COM | Aug 29 2024 22:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5465342 | | EDI: JPMORGANCHASE | Aug 29 2024 22:46:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5468776 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 29 2024 18:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5466441 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 19:01:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5465345 | | Email/Text: camanagement@mtb.com | Aug 29 2024 18:53:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5470324 | | Email/Text: camanagement@mtb.com | Aug 29 2024 18:53:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5467120 | + | Email/Text: unger@members1st.org | Aug 29 2024 18:53:00 | Members 1st, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5470895 | | Email/Text: Unger@Members1st.org | Aug 29 2024 18:53:00 | Members 1st FCU, POB 8893, Camp Hill, PA 17001-8893 |
| 5468673 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 29 2024 18:53:00 | Metropoliton Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5467650 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 29 2024 18:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5465347 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 29 2024 18:53:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5465348 | + | Email/Text: Bankruptcies@nragroup.com | Aug 29 2024 18:53:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5467124 | | Email/Text: bankruptcydepartment@tsico.com | Aug 29 2024 18:53:00 | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 5465349 | | Email/Text: joey@rmscollect.com | Aug 29 2024 18:53:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5465350 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 19:02:03 | Resurgent Capital Services, Attn: Bankruptcy, Po |

| | | |
|---|---|---|
| 5465488 | ^ MEBN | Box 10497, Greenville, SC 29603-0497 |
| | Aug 29 2024 19:08:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5467104 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5467106 | *+ | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5467107 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5467108 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5467110 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5467119 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5467115 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5467109 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5467118 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5467122 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5467123 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5467126 | * | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5467127 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5467112 | ##+ | Crumay Parnes Associates, Inc, 104 Erford Road, Camp Hill, PA 17011-1898 |

TOTAL: 0 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 31, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Laura E. Bayer ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |

United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Laura E. Bayer,      Chapter     13

**Debtor 1**

Case No.     1:22−bk−00497−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 29, 2024

ordsmiss (05/18)